**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| VICTOR CAMARGO JUAREZ,<br><br>   Plaintiff,<br><br>v.<br><br>TACO BELL, *et al.*,<br><br>   Defendants. | Case No. 3:24-CV-00462-MMD-CLB<br><br>**ORDER GRANTING MOTION FOR PRO SE LITIGANT TO FILE ELECTRONICALLY; DENYING MOTION FOR FEE WAIVER**<br><br>[ECF Nos. 13 & 14] |

Presently before the Court is Plaintiff Victor Camargo Juarez's ("Juarez") motion for permission to file electronically, (ECF No. 13), and motion for fee waiver, (ECF No. 14). The two motions are identical filings.

Good cause appearing, Juarez's motion for permission to file electronically, (ECF No. 13), is **GRANTED**. In order for Plaintiff to file documents electronically, she is required to register and maintain a CM/ECF account, which can be found on the court's website (www.nvd.uscourts.gov) under the Self Help/E-Filing Permission link. Plaintiff shall also complete the CM/ECF tutorial and become familiar with the Electronic Filing Procedures, Best Practices and the Civil Events Menu that are accessible on the website. Plaintiff is instructed that this order granting permission to file on CM/ECF is applicable only to this case.

Juarez's motion for a fee waiver, (ECF No. 14), is **DENIED as moot**. Juarez's application to proceed *in forma pauperis* has already been granted by the Court and as such there is no other applicable fee waiver that the Court can grant. (*See* ECF No. 8.)

**IT IS SO ORDERED.**

**DATED**: February 19, 2025.

**UNITED STATES MAGISTRATE JUDGE**