1  FISHER & PHILLIPS LLP
   SCOTT M. MAHONEY, ESQ.
2  Nevada Bar No. 1099
3  300 S. Fourth Street
   Suite 1500
4  Las Vegas, NV  89101
   Telephone: (702) 252-3131
5  E-Mail Address:  smahoney@fisherphillips.com
   Attorney for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| VICTOR CAMARGO JUAREZ, | ) | Case No: 3:24-CV-00462-MMD-CLB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER FOR DISMISSAL** |
| | ) | |
| vs. | ) | |
| | ) | |
| TACO BELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED AND AGREED that this matter is dismissed with prejudice, with each party to bear their own costs and attorney's fees.

FISHER & PHILLIPS LLP

By: /s/ Scott M. Mahoney, Esq.           By: /s/ Victor Camargo Juarez
    SCOTT M. MAHONEY                         VICTOR CAMARGO JUAREZ
    300 South Fourth Street                  672 Brinkby Avenue
    Suite 1500                               Apartment 1607
    Las Vegas, Nevada 89101                  Reno, NV 89509
    Attorneys for Defendant                  *Plaintiff*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: April 16, 2025

- 1 -

FP 54138460.1